PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>APPROXIMATELY $108,522.00 IN U.S. CURRENCY,<br><br>                    Defendant. | CASE NO. 1:21-MC-00014-AWI<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Lotrion White ("claimant"), by and through their respective counsel, as follows:

1. On or about December 23, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the approximately $108,522.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 7, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 23, 2021.

4. By Stipulation and Order filed March 4, 2021, the parties stipulated to extend to May 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 21, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 21, 2021.

Dated:  April 21, 2021                             PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                           By:   /s/ Alyson A. Berg
                                                                       ALYSON A. BERG
                                                                       Assistant United States Attorney


Dated:  April 21, 2021                             By:   /s/ Matthew Owdom
                                                                       MATTHEW OWDOM
                                                                       Attorney for Potential Claimant
                                                                       Lotrion White
                                                                       (Approved by phone on 4/21/2021)

IT IS SO ORDERED.

Dated:   April 23, 2021                            _____
                                                                    SENIOR DISTRICT JUDGE